**ALVERSON, TAYLOR & SANDERS**
ADAM KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
Tel: (702) 384-7000
Fax: (702) 385-7000
efile@alversontaylor.com
*Attorneys for Infinity Hospice Care, LLC;*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

**UNITED STATES DISTRICTCOURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE SOTO; an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INFINITY HOSPICE CARE, LLC; AN ARIZONA LIMITED LIABILITY COMPANY, NEVADA HOSPICE AND PALLIATIVE CARE, INC.; A NEVADA CORPORATION, INFINITY HOSPICE CARE OF LAS VEGAS, LLC, A NEVADA LIMITED LIABILITY COMPANY, INFINITY HOSPICE   CARE OF RENO, LLC; A NEVADA LIMITED LIABILITY COMPANY, SWEET HOME BELMONT, LLC; A NEVADA LIMITED LIABILITY COMPANY, DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X,<br><br>　　　　　Defendants. | Case Number: 2:22-cv-00632-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; AND INFINITY HOSPICE CARE OF RENO, LLC TO FILE THEIR ANSWER**<br><br>**(First Request)** |

Defendants INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIARE OF LAS VEGAS, LLC; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and INFINITY HOSPICE CARE OF RENO, LLC. (collectively, "Defendants"), by and through their attorneys, Alverson Taylor & Sanders, and Plaintiff VALERIE SOTO, by and through her attorneys, Paul Padda Law, PLLC, hereby stipulate as follows:

1                                                                                          AK/27815

**Summary of Relief Requested**

Currently, the Answer is due to be filed on **June 24, 2022**. The parties are respectfully requesting a 6-day extension, so that the Answer will become due on **June 30, 2022**.

Local Rule IA 6-1(a) provides:

A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. . . . Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc. requested extension.

The Answer is currently due to be filed on June 24, 2022. The parties are respectfully requesting an extension of 6 days, bringing the due date to June 30, 2022. Defendants counsel was recently in trial longer than expected and has not had the chance to review the issues in the Complaint. Defendants' counsel have communicated with Plaintiff's counsel regarding the proposed extension and were able to reach an agreement. The parties have agreed to a 6-day extension, to a new deadline of June 30, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the parties respectfully request that the due date for the filing of Defendants' Answer be extended six (6) days, from June 24, 2022 to June 30, 2022.

DATED this 20th day of June, 2022.

| ALVERSON TAYLOR & SANDERS | PAUL PADDA LAW, PLLC |
|---|---|
| By: /s/ Adam R. Knecht_____<br>Adam R. Knecht, Esq.<br>Nevada Bar No. 13166<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Defendants* | By: */s/ Paul Padda*_____<br>Paul Padda, Esq.<br>Nevada Bar No. 10417<br>4560 South Decatur Blvd, Suite 300<br>Las Vegas, Nevada 89103<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**
Dated this  21st  day of June, 2022.

_____
Brenda Weksler, Magistrate Judge
UNITED STATES DISTRICT COURT

3                              AK/27815