PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> INFINITY HOSPICE CARE, LLC; ) <br> an Arizona limited liability company, ) <br> NEVADA HOSPICE AND PALLIATIVE ) <br> CARE, INC.; a Nevada corporation, ) <br> INFINITY HOSPICE CARE OF LAS VEGAS, ) <br> LLC, a Nevada limited liability company, ) <br> INFINITY HOSPICE CARE OF RENO, LLC; ) <br> a Nevada limited liability company, ) <br> SWEET HOME BELMONT, LLC; ) <br> a Nevada limited liability company, ) <br> DOES I-X; ROE CORPORATIONS ) <br> AND/OR ENTITIES I-X, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-0632-BNW |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rule of Civil

1

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Motion For Extension Of Time To Respond To Dispositive Motion*
PPL #201934-15-04

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

Practice 7-2, Plaintiff, by and through her counsel of record, respectfully requests that the Court extend her time, to and until July 22, 2022, to respond to Defendants' motion to dismiss (ECF No. 11). Presently, Plaintiff's response is due on July 14, 2022. This is Plaintiff's first request for extension of time.

In support of this motion for extension of time, Plaintiff relies upon the memorandum of points and authorities below and any additional arguments the Court may permit.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b) provides a court may (1) extend a deadline upon a showing of good cause if the request is made prior to the expiration of the deadline or (2) allow for the extension of a deadline after its expiration upon a showing of excusable neglect.

In this case, good cause warrants extending Plaintiff's deadline to respond to Defendants' pending motion to dismiss. Specifically, Plaintiff's counsel needs additional time to respond to the motion to dismiss because he is planning to be out of the state the week of July 11, 2022 in order to attend to a personal matter involving the health of a family member. Undersigned counsel does not anticipate returning to the office until July 18, 2022. During this time away, undersigned counsel for Plaintiff will have limited access to his office files and will not, due to the personal circumstances of his out of state travel, have sufficient time or focus to dedicate towards the completion of a response to Defendant's dispositive motion.

. . .

. . .

. . .

. . .

2

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Motion For Extension Of Time To Respond To Dispositive Motion*
PPL #201934-15-04

## CONCLUSION

In light of the foregoing, undersigned counsel respectfully requests that the Court grant this motion and permit Plaintiff to file a response to the pending motion to dismiss on or before July 22, 2022.

Respectfully submitted,

/s/ *Paul S. Padda*

PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiffs*

Dated: July 9, 2022

**IT IS SO ORDERED:**

[signature]

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 26, 2022

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, July 9, 2022, a copy of **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was filed and served through the Court's electronic filing system.

/s/ *Paul S. Padda*

Paul S. Padda, Esq.

3

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Motion For Extension Of Time To Respond To Dispositive Motion*
PPL #201934-15-04