PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual, | ) |
| Plaintiff | ) |
| vs. | ) |
| INFINITY HOSPICE CARE, LLC;<br>an Arizona limited liability company,<br>NEVADA HOSPICE AND PALLIATIVE<br>CARE, INC.; a Nevada corporation,<br>INFINITY HOSPICE CARE OF LAS VEGAS,<br>LLC, a Nevada limited liability company,<br>INFINITY HOSPICE CARE OF RENO, LLC;<br>a Nevada limited liability company,<br>SWEET HOME BELMONT, LLC;<br>a Nevada limited liability company,<br>DOES I-X; ROE CORPORATIONS<br>AND/OR ENTITIES I-X, | ) Case No. 2:22-cv-0632-BNW |
| Defendants. | ) |

**JOINT STIPULATION TO PERMIT PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANT SWEET HOME BELMONT, LLC'S MOTION TO DISMISS**
**(SECOND REQUEST)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties (Plaintiff and Defendant Sweet Home Belmont, LLC) hereby

1

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Stipulation To Extend Plaintiff's Time To Respond To Dispositive Motion*
PPL #201934-15-05

stipulate, subject to the Court's approval, to permit Plaintiff additional time, to and until September 15, 2022, to respond to Defendant's motion to dismiss (ECF No. 17). Presently, Plaintiff's response to the motion to dismiss is due on September 9, 2022. This is Plaintiff's second request for an extension of time for the reasons cited herein.

In support of this Stipulation, the parties agree to the following:

1. Good cause exists to support this request for additional time. The parties have discussed the pending motion and counsel for Plaintiff has notified counsel for Defendant Sweet Home Belmont, LLC that during the past two weeks he has been busy with discovery matters in two other cases. While Plaintiff has nearly completed a response to Defendant's motion to dismiss, undersigned counsel for Plaintiff became ill during this past week and will need a few additional days to the response.

2. Counsel for the respective parties have communicated regarding this Stipulation and agree that an extension of time to and until September 15, 2022 is appropriate under the circumstances. The additional time will permit Plaintiff's counsel time to complete and file an appropriate response to the pending dispositive motion.

The parties respectfully request the Court approve this Stipulation.

/s/ *Melanie L. Thomas*  
_____  
S. Brent Vogel, Esq.  
Melanie L. Thomas, Esq.  
LEWIS BRISBOIS BISGAARD & SMITH, LLP  
6385 South Rainbow Blvd., Suite 600  
Las Vegas, Nevada  89103  
Tele: (702) 893-3383  

Attorney for Defendant Sweet Home Belmont, LLC  

Dated:  September 9, 2022  

/s/ *Paul S. Padda*  
_____  
Paul S. Padda, Esq.  
PAUL PADDA LAW, PLLC  
4560 South Decatur Blvd., #300  
Las Vegas, Nevada  89103  
Tele: (702) 366-1888  

Attorney for Plaintiff  

Dated:  September 9, 2022  

## ORDER
### IT IS SO ORDERED

**DATED:** 10:59 am, September 12, 2022

**BRENDA WEKSLER**  
**UNITED STATES MAGISTRATE JUDGE**