1  S. BRENT VOGEL
   Nevada Bar No. 006858
2  Brent.Vogel@lewisbrisbois.com
   MELANIE L. THOMAS
3  Nevada Bar No. 12576
   Melanie.Thomas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendant Sweet Home Belmont,*
7  *LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO, an individual, | Case No. 2:22-cv-00632-BNW |
| Plaintiff, | **[PROPOSED] STIPULATION AND ORDER TO STAY DISCOVERY** |
| vs. | |
| INFINITY HOSPICE CARE, LLC, an Arizona limited liability company; NEVADA HOSPICE AND PALLIATIVE CARE, INC., a Nevada corporation; INFINITY HOSPICE CARE OF LAS VEGAS, LLC, a Nevada limited liability company; INFINITY HOSPICE CARE OF RENO, LLC, a Nevada limited liability company; SWEET HOME BELMONT, LLC, a Nevada limited liability company; DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | |
| Defendants. | |

Plaintiff, VALERIE SOTO ("Plaintiff"), and Defendants, INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; INFINITY HOSPICE CARE OF RENO, LLC; and SWEET HOME BELMONT, LLC ("Defendants"), by and through their counsel of record, for good cause shown, pursuant to Federal Rule of Civil Procedure (FRCP) LR IA 6-1 and LR 26-3, that parties timely submit this [First] Proposed Stipulation and Order to stay all discovery deadlines set forth in this

4896-0857-1968.1

Court's Scheduling Order dated August 22, 2022 (ECF No. 23) ("Scheduling Order),[1] pending the Court's determination on Defendants motions and respectfully request that the Court approve this Stipulation and Order to Stay Discovery and request a Status Check in March 2023, which is after the current discovery deadline of February 20, 2023, as set forth in the Scheduling Order as follows:

    A.  Discovery Completed

        1) On September 1, 2022, Plaintiff served her Initial List of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1) to Defendants Infinity Hospice Care, LLC; Infinity Hospice Care of Las Vegas, LLC; Infinity Hospice Care of Reno, LLC; Nevada Hospice and Palliative Care, Inc., and Defendant Sweet Home Belmont, LLC.

        2) On September 01, 2022, Infinity Defendants served their Initial Rule 26(a)(1) Disclosure.

        3) On October 17, 2022, Plaintiff served Plaintiff's First Set of Interrogatories to Defendant Infinity Hospice Care, LLC (IHC), Plaintiff's First Set of Interrogatories to Infinity Hospices Care of Las Vegas, (IHC-LV); Plaintiff's Interrogatories to Infinity Hospice Care of Reno, LLC (IHCR); Plaintiff's First Set of Interrogatories to Nevada Hospice and Palliative Care, Inc.; Plaintiff's First Set of Request for Production of Documents to Defendant Infinity Hospice Care of Las Vegas, LLC (IHC-LV); Plaintiff's First Set of Request for Production of Documents to Infinity Hospice Care of Reno, LLC (ICHR); Plaintiff's First Set of Request for Production of Documents to Nevada Hospice & Palliative Care, Inc.; Plaintiff's First Set of Request for Production of Documents to Sweet Home Belmont, LLC;

        4) On November 16, 2022, Infinity Defendants (ICH, ICH-LV, ICH-R, Nevada Hospice & Palliative Care, Inc) served responses to each of Plaintiff's written discovery requests.

        5) This Stipulation is made in good faith and serves the interests of efficiency and economy

---

[1] Because this Stipulation & Order requests a Status Check in March 2023 which is after the expiration of the current discovery cut-off of February 20, 2023, as set forth in this Court's Scheduling Order, (ECF No. 23) and will thus operate to extend current discovery deadlines set forth in the current Order, the parties submit Stipulation and Order this in compliance with LR 26-3.



4896-0857-1968.1

by a stay of current discovery deadlines pending the outcome of Defendants' motions to dismiss. For these reasons, the parties agree to stay and thereafter establish new discovery deadlines, upon the Court's determination of Defendants' pending motions to dismiss;

 B. Discovery yet to be completed.

 Other than the discovery set forth above, all other discovery remains to be completed in this case.

5) The discovery deadline of February 20, 2023 and all other discovery deadlines set forth in ¶IV of the Scheduling Order shall be stayed pending ruling on the Defendants' motions to dismiss, subject to the potential lifting of the stay upon terms and conditions set forth herein and that the parties and the Court deem just; and,

 6) Proposed Schedule The parties request the Court to set a status check sometime in March 2023, which is after the current discovery deadline in the Court's August 22, 2022, Order (ECF No. 22), to discuss amended discovery scheduling and, if necessary, the pendency of Defendants' motions to dismiss.

Respectfully Submitted:

DATED this _12th_ day of December, 2022.　　　DATED this 12th day of December, 2022.

PAUL PADDA LAW, PLLC　　　　　　　　　　ALVERSON, TAYLOR & SANDERS

 /s/  Paul S. Padda　　　　　　　　　　　　　　 /s/ Yuliya Brady  
PAUL S. PADDA, ESQ.　　　　　　　　　　　　KURT R. BONDS, ESQ.  
Nevada Bar No. 10417　　　　　　　　　　　　Nevada Bar No. 6228  
4560 S. Decatur Blvd., Suite 300　　　　　　　ADAM KNECHT, ESQ.  
Las Vegas, NV 89103　　　　　　　　　　　　Nevada Bar No. 13166  
*Attorneys for Plaintiff*　　　　　　　　　　　　YULIYA BRADY, ESQ.  
　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 14699  
　　　　　　　　　　　　　　　　　　　　　　6605 Grand Montecito Parkway  
　　　　　　　　　　　　　　　　　　　　　　Suite 200  
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89149  
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Infinity Hospice Care, LLC; Nevada Hospice and Palliative Care, Inc., Infinity Hospice Care of Las Vegas, LLC, and Infinity Hospice Care of Reno, LLC*

Dated this 12th day of December, 2022.

LEWIS BRISBOIS BISGAARD
& SMITH LLP

<u>/s/ Melanie L. Thomas</u>
S. BRENT VOGEL, ESQ.
Nevada Bar No. 6858
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
*Attorneys for Defendant Sweet Home Belmont, LLC*

## ORDER

IT IS ORDERED that ECF No. 33 is GRANTED in part and DENIED in part. IT IS GRANTED to the extent that all discovery deadlines will be stayed pending the Court's ruling on Defendants' motions to dismiss.

IT IS FURTHER ORDERED that the parties shall submit a new proposed Discovery Plan and Scheduling Order ("DPSO") within 14 days after the Court's ruling on the pending motions to dismiss. If the parties seek a status conference after the Court's ruling on the motions to dismiss and their submission of a new DPSO, they may seek it when they submit their DPSO.

**IT IS SO ORDERED**
**DATED:** 6:30 pm, December 13, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I certify that that on 12th day of December, 2022, I electronically filed the foregoing **[PROPOSED] STIPULATION AND ORDER TO STAY DISCOVERY** via this court's electronic filing system. Parties who are registered with this court's electronic filing system will be served electronically.

PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
Attorney for Plaintiff

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADELINE L. DICICCO, ESQ.
Nevada Bar No. 5934
efile@alversontaylor.com
ALVERSON, TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
(702) 384-7000
Attorneys for Defendants Infinity Hospice Care, LLC;
Nevada Hospice and Palliative Care, Inc.,
Infinity Hospice Care of Las Vegas, LLC, and
Infinity Hospice Care of Reno, LLC

By     /s/ Heidi Brown
        An Employee of
        LEWIS BRISBOIS BISGAARD & SMITH LLP

| | |
|---|---|
| **From:** | Lani Esteban-Trinidad |
| **To:** | Yuliya Brady; Thomas, Melanie |
| **Cc:** | Paul Padda; JJ Kashnow; Adam Knecht; Vogel, Brent; Kim-Mistrille, Gaylene; Galvez, Catherine; Brown, Heidi |
| **Subject:** | [EXT] RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW |
| **Date:** | Monday, December 12, 2022 11:55:34 AM |
| **Attachments:** | image003.png<br>image006.png<br>image007.png<br>image008.png |



Paul approved and you can affix his e-signature.

*Lani Esteban, J.D., Paralegal*
lani@paulpaddalaw.com
**Nevada Office:**
4560 South Decatur Blvd, Unit 30370
Las Vegas, Nevada 89103
Tele: (702) 366-1888

**California Office:**
One California Plaza
300 South Grand Avenue, Suite 3840
Los Angeles, California  90071
Tele: (213) 423-7788

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Monday, December 12, 2022 10:14 AM
**To:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Hi,

I have attached the final version where I removed the paragraph about Belmont's responses not being received by Plaintiff. Everything else is the same. Melanie, you can use my e-signature.

Yulia

**Yuliya Brady, Esq.**  |
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>
**Sent:** Thursday, December 08, 2022 9:35 AM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi

<Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Paul did receive Sweet Home's responses by mail, we can remove the paragraph.

*Lani Esteban, J.D., Paralegal*
lani@paulpaddalaw.com
**Nevada Office:**
4560 South Decatur Blvd, Unit 30370
Las Vegas, Nevada 89103
Tele: (702) 366-1888

**California Office:**
One California Plaza
300 South Grand Avenue, Suite 3840
Los Angeles, California  90071
Tele: (213) 423-7788

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Wednesday, December 7, 2022 3:35 PM
**To:** 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Are we waiting for Paul's signature?

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>
**Sent:** Wednesday, December 07, 2022 3:29 PM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Cc:** 'Lani Esteban-Trinidad' <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

What do you mean?  My understanding is that we are waiting on Paul?  We resent the responses to written discovery previously served on Paul, to Lani.  That's all I know.



**Melanie L. Thomas**
**Partner**
Melanie.Thomas@lewisbrisbois.com

**T:** 702.693.1718 **F:** 702.366.9563

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Wednesday, December 7, 2022 9:21 AM
**To:** Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>
**Cc:** 'Lani Esteban-Trinidad' <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** [EXT] FW: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Good morning Melanie,

Where are we on this?

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Yuliya Brady
**Sent:** Tuesday, December 06, 2022 9:00 AM
**To:** 'Lani Esteban-Trinidad' <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** JJ Kashnow <JKashnow@AlversonTaylor.com>; 'Vogel, Brent' <Brent.Vogel@lewisbrisbois.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; 'Galvez, Catherine' <Catherine.Galvez@lewisbrisbois.com>; 'Kim-Mistrille, Gaylene' <Gaylene.Kim-Mistrille@lewisbrisbois.com>; 'Brown, Heidi' <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Hi,

I added the paragraph that Plaintiff mentioned as number 5. You can use my e-signature.

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>
**Sent:** Monday, December 05, 2022 6:47 PM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>; Paul Padda <psp@paulpaddalaw.com>
**Cc:** JJ Kashnow <JKashnow@AlversonTaylor.com>; 'Vogel, Brent' <Brent.Vogel@lewisbrisbois.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; 'Galvez, Catherine' <Catherine.Galvez@lewisbrisbois.com>; 'Kim-Mistrille, Gaylene' <Gaylene.Kim-Mistrille@lewisbrisbois.com>; 'Brown, Heidi' <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

These were not received by Plaintiff. The certificate of service states only that these were electronically served, but there is no electronic service of this in federal CM/ECF.

Plaintiff agrees to the draft that states Plaintiff did not receive Sweet Home's responses and will sign a draft that retains the paragraph in Plaintiff's initial edits/revisions.

*Lani Esteban, J.D., Paralegal*
lani@paulpaddalaw.com
**Nevada Office:**
4560 South Decatur Blvd, Unit 30370
Las Vegas, Nevada 89103
Tele: (702) 366-1888

**California Office:**
One California Plaza
300 South Grand Avenue, Suite 3840
Los Angeles, California  90071
Tele: (213) 423-7788

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Monday, December 5, 2022 2:20 PM
**To:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>
**Cc:** JJ Kashnow <JKashnow@AlversonTaylor.com>; 'Vogel, Brent' <Brent.Vogel@lewisbrisbois.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; 'Galvez, Catherine' <Catherine.Galvez@lewisbrisbois.com>; 'Kim-Mistrille, Gaylene' <Gaylene.Kim-Mistrille@lewisbrisbois.com>; 'Brown, Heidi' <Heidi.Brown@lewisbrisbois.com>
**Subject:** FW: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Here you go.

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Kurt Bonds <KBonds@AlversonTaylor.com>
**Sent:** Wednesday, November 16, 2022 6:02 PM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>
**Subject:** FW: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

**Kurt Bonds, Esq.**



6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**

website | bio | vCard | map | email

**From:** Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>
**Sent:** Wednesday, November 16, 2022 4:57 PM
**To:** psp@paulpaddalaw.com; Kurt Bonds <KBonds@AlversonTaylor.com>; ATMS Copy Room Efile <efiling@AlversonTaylor.com>

**Cc:** Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Attached: Defendant Sweet Home Belmont's Response to Plaintiff Soto's First Set of Requests For Production of Documents

**Gaylene Kim-Mistrille**
**Legal Secretary to**
**S. Brent Vogel**
**Ethan Featherstone**
**Melanie L. Thomas**

gaylene.kim-mistrille@lewisbrisbois.com
 T: 702.693.4369   F: 702.893.3789
 6385 S. Rainbow Blvd. Suite 600 Las Vegas, Nevada 89118  |  LewisBrisbois.com
 **Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.
NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

| | |
|---|---|
| **From:** | Yuliya Brady |
| **To:** | "Lani Esteban-Trinidad"; Thomas, Melanie |
| **Cc:** | Paul Padda; JJ Kashnow; Adam Knecht; Vogel, Brent; Kim-Mistrille, Gaylene; Galvez, Catherine; Brown, Heidi |
| **Subject:** | [EXT] RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW |
| **Date:** | Monday, December 12, 2022 10:15:25 AM |
| **Attachments:** | image001.png<br>image002.png<br>image004.png<br>image005.png<br>Plaintiffs rev. SO to stay discovery 12-7-22 12-12-22.docx |



Hi,

I have attached the final version where I removed the paragraph about Belmont's responses not being received by Plaintiff. Everything else is the same. Melanie, you can use my e-signature.

Yulia

**Yuliya Brady, Esq.** |
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>
**Sent:** Thursday, December 08, 2022 9:35 AM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Paul did receive Sweet Home's responses by mail, we can remove the paragraph.

*Lani Esteban, J.D., Paralegal*
lani@paulpaddalaw.com
**Nevada Office:**
4560 South Decatur Blvd, Unit 30370
Las Vegas, Nevada 89103
Tele: (702) 366-1888
**California Office:**
One California Plaza
300 South Grand Avenue, Suite 3840
Los Angeles, California 90071
Tele: (213) 423-7788

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Wednesday, December 7, 2022 3:35 PM
**To:** 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Are we waiting for Paul's signature?

**Yuliya Brady, Esq.** |
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>
**Sent:** Wednesday, December 07, 2022 3:29 PM

**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Cc:** 'Lani Esteban-Trinidad' <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

What do you mean? My understanding is that we are waiting on Paul? We resent the responses to written discovery previously served on Paul, to Lani. That's all I know.



**Melanie L. Thomas**
**Partner**
Melanie.Thomas@lewisbrisbois.com

**T: 702.693.1718 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Wednesday, December 7, 2022 9:21 AM
**To:** Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>
**Cc:** 'Lani Esteban-Trinidad' <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; JJ Kashnow <JKashnow@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>; Galvez, Catherine <Catherine.Galvez@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** [EXT] FW: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Good morning Melanie,
Where are we on this?

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Yuliya Brady
**Sent:** Tuesday, December 06, 2022 9:00 AM
**To:** 'Lani Esteban-Trinidad' <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>
**Cc:** JJ Kashnow <JKashnow@AlversonTaylor.com>; 'Vogel, Brent' <Brent.Vogel@lewisbrisbois.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; 'Galvez, Catherine' <Catherine.Galvez@lewisbrisbois.com>; 'Kim-Mistrille, Gaylene' <Gaylene.Kim-Mistrille@lewisbrisbois.com>; 'Brown, Heidi' <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Hi,
I added the paragraph that Plaintiff mentioned as number 5. You can use my e-signature.

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>
**Sent:** Monday, December 05, 2022 6:47 PM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>; Paul Padda <psp@paulpaddalaw.com>
**Cc:** JJ Kashnow <JKashnow@AlversonTaylor.com>; 'Vogel, Brent' <Brent.Vogel@lewisbrisbois.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; 'Galvez, Catherine' <Catherine.Galvez@lewisbrisbois.com>; 'Kim-Mistrille, Gaylene' <Gaylene.Kim-Mistrille@lewisbrisbois.com>; 'Brown, Heidi' <Heidi.Brown@lewisbrisbois.com>
**Subject:** RE: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

These were not received by Plaintiff. The certificate of service states only that these were electronically served, but there

is no electronic service of this in federal CM/ECF.

Plaintiff agrees to the draft that states Plaintiff did not receive Sweet Home's responses and will sign a draft that retains the paragraph in Plaintiff's initial edits/revisions.

Lani Esteban, J.D., Paralegal
lani@paulpaddalaw.com

**Nevada Office:**
4560 South Decatur Blvd, Unit 30370
Las Vegas, Nevada 89103
Tele: (702) 366-1888

**California Office:**
One California Plaza
300 South Grand Avenue, Suite 3840
Los Angeles, California 90071
Tele: (213) 423-7788

**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>
**Sent:** Monday, December 5, 2022 2:20 PM
**To:** Lani Esteban-Trinidad <Lani@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>
**Cc:** JJ Kashnow <JKashnow@AlversonTaylor.com>; 'Vogel, Brent' <Brent.Vogel@lewisbrisbois.com>; 'Thomas, Melanie' <Melanie.Thomas@lewisbrisbois.com>; Adam Knecht <AKnecht@AlversonTaylor.com>; 'Galvez, Catherine' <Catherine.Galvez@lewisbrisbois.com>; 'Kim-Mistrille, Gaylene' <Gaylene.Kim-Mistrille@lewisbrisbois.com>; 'Brown, Heidi' <Heidi.Brown@lewisbrisbois.com>
**Subject:** FW: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Here you go.

**Yuliya Brady, Esq.**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Kurt Bonds <KBonds@AlversonTaylor.com>
**Sent:** Wednesday, November 16, 2022 6:02 PM
**To:** Yuliya Brady <YDavidzenka@AlversonTaylor.com>; Adam Knecht <AKnecht@AlversonTaylor.com>
**Subject:** FW: Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

**Kurt Bonds, Esq.**



6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**
website | bio | vCard | map | email

**From:** Kim-Mistrille, Gaylene <Gaylene.Kim-Mistrille@lewisbrisbois.com>
**Sent:** Wednesday, November 16, 2022 4:57 PM
**To:** psp@paulpaddalaw.com; Kurt Bonds <KBonds@AlversonTaylor.com>; ATMS Copy Room Efile <efiling@AlversonTaylor.com>
**Cc:** Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>
**Subject:** Valerie Soto v. Infinity Hospice Care, et al. - Case No. 2:22-cv-00632-BNW

Attached: Defendant Sweet Home Belmont's Response to Plaintiff Soto's First Set of Requests For Production of Documents

**Gaylene Kim-Mistrille**
**Legal Secretary to**
**S. Brent Vogel**
**Ethan Featherstone**
**Melanie L. Thomas**
gaylene.kim-mistrille@lewisbrisbois.com

T: 702.693.4369 F: 702.893.3789
6385 S. Rainbow Blvd. Suite 600 Las Vegas, Nevada 89118 | LewisBrisbois.com
**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete
this email and any attachment from your computer and any of your electronic devices where the message is stored.

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.