S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
BRIGETTE E. FOLEY
Nevada Bar No. 12965
Brigette.Foley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Sweet Home Belmont, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO, an individual, | Case No. 2:22-cv-00632-BNW |
| Plaintiff, | |
| vs. | |
| INFINITY HOSPICE CARE, LLC, an Arizona limited liability company; NEVADA HOSPICE AND PALLIATIVE CARE, INC., a Nevada corporation; INFINITY HOSPICE CARE OF LAS VEGAS, LLC, a Nevada limited liability company; INFINITY HOSPICE CARE OF RENO, LLC, a Nevada limited liability company; SWEET HOME BELMONT, LLC, a Nevada limited liability company; DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | **MOTION TO REMOVE ATTORNEY MELANIE L. THOMAS FROM SERVICE LIST** |
| Defendants. | |

Defendant Sweet Home Belmont, LLC, by and through his counsel of record Melanie L. Thomas, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that she be removed from the CM/ECF service list for the above-captioned case. Defendant Sweet Home Belmont, LLC.  Brigette E. Foley, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP has been added in place of Melanie L. Thomas.

///

///

4875-6458-0164.1

Dated this 15th day of December, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ Brigette E. Foley
S. BRENT VOGEL
Nevada Bar No. 006858
BRIGETTE E. FOLEY
Nevada Bar No. 12965
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Sweet Home Belmont, LLC*

**ORDER**
IT IS SO ORDERED

**DATED:** 12:01 pm, December 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4875-6458-0164.1                                2

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 15th day of December, 2022, I did cause a true copy of the foregoing **MOTION TO REMOVE ATTORNEY MELANIE L. THOMAS FROM SERVICE LIST** to be served via the Court's electronic filing and service system to all parties on the current service list.

PAUL S. PADDA, ESQ.  
Nevada Bar No. 10417  
psp@paulpaddalaw.com  
PAUL PADDA LAW, PLLC  
4560 S. Decatur Blvd., Suite 300  
Las Vegas, NV 89103  
(702) 366-1888  
Attorney for Plaintiff

By     /s/ Heidi Brown  
　　　An Employee of  
　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

4875-6458-0164.1

3