1  S. BRENT VOGEL
   Nevada Bar No. 006858
2  Brent.Vogel@lewisbrisbois.com
   ETHAN M. FEATHERSTONE
3  Nevada Bar No. 11566
   Ethan.Featherstone@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendant Sweet Home*
7  *Belmont, LLC*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  VALERIE SOTO, an individual, | Case No. 2:22-cv-00632-BNW |
| 11           Plaintiff, | |
| 12      vs. | |
| 13  INFINITY HOSPICE CARE, LLC, an Arizona limited liability company; NEVADA HOSPICE AND PALLIATIVE CARE, INC., a Nevada corporation; INFINITY HOSPICE CARE OF LAS VEGAS, LLC, a Nevada limited liability company; INFINITY HOSPICE CARE OF RENO, LLC, a Nevada limited liability company; SWEET HOME BELMONT, LLC, a Nevada limited liability company; DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | **MOTION TO REMOVE ATTORNEY BRIGETTE E. FOLEY FROM SERVICE LIST** |
| 19           Defendants. | |

Notice that Defendant Sweet Home Belmont, LLC, by and through its counsel of record Ethan M. Featherstone, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully requests that Brigette E. Foley be removed from the CM/ECF service list for

///

///

///

///

95442960.1

the above-captioned case as she is no longer with Lewis Brisbois Bisgaard & Smith LLP. Ethan M. Featherstone has been added in place of Brigette E. Foley.

.

Dated this 25th day of May, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ Ethan M. Featherstone
S. BRENT VOGEL
Nevada Bar No. 006858
ETHAN M. FEATHERRSTONE
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Sweet Home Belmont, LLC*

**IT IS SO ORDERED**

**DATED:** 3:17 pm, May 29, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

95442960.1

2

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 25th day of May, 2023, I did cause a true copy of the foregoing **MOTION TO REMOVE ATTORNEY BRIGETTE E. FOLEY FROM SERVICE LIST** to be served via the Court's electronic filing and service system to all parties on the current service list.

PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
Attorney for Plaintiff

By    /s/ Gaylene Kim-Mistrille
      An Employee of
      LEWIS BRISBOIS BISGAARD & SMITH LLP