**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
bradyy@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*
*Infinity Hospice Care, LLC,*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INFINITY HOSPICE CARE, LLC; AN ARIZONA LIMITED LIABILITY COMPANY, NEVADA HOSPICE AND PALLIATIVE CARE, INC.; A NEVADA CORPORATION, INFINITY HOSPICE CARE OF LAS VEGAS, LLC, A NEVADA LIMITED LIABILITY COMPANY, INFINITY HOSPICE   CARE OF RENO, LLC; A NEVADA LIMITED LIABILITY COMPANY, SWEET HOME BELMONT, LLC; A NEVADA LIMITED LIABILITY COMPANY, DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X,<br><br>Defendants. | Case Number: 2:22-cv-00632-BNW<br><br>**SUBSTITUTION OF ATTORNEYS FOR INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and INFINITY HOSPICE CARE OF RENO, LLC** |

Defendants INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and INFINITY HOSPICE CARE OF RENO, LLC, hereby substitute the law firm of HALL &

EVANS, LLC as attorneys of record in this matter, in the place and stead of the law firm of ALVERSON TAYLOR & SANDERS.

DATED this __3__ day of ~~September~~ October 2023.

By: _____
DARREN BERTRAM

The law firm of ALVERSON TAYLOR & SANDERS hereby agrees and consents to the substitution of the firm of HALL & EVANS, LLC as the attorneys of record for Defendants INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and INFINITY HOSPICE CARE OF RENO, LLC in this matter.

DATED this __4th__ day of ~~September~~ October 2023.

By: /s/ LeAnn Sanders
LEANN SANDERS, ESQ.

The law firm of HALL & EVANS, LLC hereby accepts substitution as attorneys of record for Defendants INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and INFINITY HOSPICE CARE OF RENO, LLC in this matter.

DATED this __4th__ day of ~~September~~ October 2023.

HALL & EVANS, LLC

/s/ Adam Knecht
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Dr., Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendants*
*Infinity Hospice Care, LLC,*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

**IT IS SO ORDERED**

**DATED:** 12:47 pm, October 06, 2023

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

ARK-19930-1