PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual, | )<br>) |
| Plaintiff | )<br>) |
| vs. | )<br>) |
| INFINITY HOSPICE CARE, LLC;<br>an Arizona limited liability company,<br>NEVADA HOSPICE AND PALLIATIVE<br>CARE, INC.; a Nevada corporation,<br>INFINITY HOSPICE CARE OF LAS VEGAS,<br>LLC, a Nevada limited liability company,<br>INFINITY HOSPICE CARE OF RENO, LLC;<br>a Nevada limited liability company,<br>SWEET HOME BELMONT, LLC;<br>a Nevada limited liability company,<br>DOES I-X; ROE CORPORATIONS<br>AND/OR ENTITIES I-X, | )<br>)<br>)<br>) Case No. 2:22-cv-0632-BNW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT STIPULATION TO PERMIT PLAINTIFF ADDITIONAL TIME TO RESPOND TO INFINITY DEFENDANTS' MOTION TO DISMISS**
**(FIRST REQUEST)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties (Plaintiff and Infinity Defendants) hereby stipulate, subject to the

1

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Stipulation To Extend Plaintiff's Time To Respond To Dispositive Motion*
PPL #201934-15-05

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

Court's approval, to permit Plaintiff additional time, to and until <u>February 29, 2024</u>, to respond to Defendant's motion to dismiss (ECF No. 79).  Plaintiff's response to the motion to dismiss was due on February 8, 2024.  This is Plaintiff's first request for an extension of time for the reasons cited herein.

    1.  Plaintiff's counsel was working on a response to the pending motion to dismiss when the parties began discussing the possibility of extending discovery.  The parties agreed to extend discovery and filed a Stipulation (ECF No. 82) regarding the same which the Court approved on February 5, 2024 (ECF No. 83).  Plaintiff's counsel had intended to include in that Stipulation an extension of time regarding the pending motion due to his current caseload (e.g. a medical malpractice trial scheduled to commence on March 11, 2024) but forgot to do so.  This was an oversight that was only recently discovered by Plaintiff's counsel.

    2.  The parties have communicated regarding this matter and agree that a short extension of time, to and until February 29, 2024, is warranted and will not impact proceedings given the extension of all discovery deadlines.  The failure to include an extension of time regarding Plaintiff's response to the pending motion to dismiss in the Stipulation filed with the Court on February 2, 2024 was an oversight/mistake.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Stipulation To Extend Plaintiff's Time To Respond To Dispositive Motion*
PPL #201934-15-05

1     The parties respectfully request the Court approve this Stipulation.

2 DATED this 16th day of February 2024.

Respectfully submitted,

/s/ *Yuliya Brady*                       /s/ Paul S. Padda

Yuliya Brady, Esq.                     Paul S. Padda, Esq.
HALL & EVANS, LLC                PAUL PADDA LAW, PLLC
*Counsel for Infinity Defendants*       *Counsel for Plaintiff*

**IT IS SO ORDERED:**

**The Stipulation is hereby approved.  Plaintiff shall have until February 29, 2024 to respond to Infinity Defendants' pending motion to dismiss (ECF No. 79).**

[signature]

**UNITED STATES MAGISTRATE JUDGE**

DATED: 2/20/2024

*(Sidebar)* PAUL PADDA LAW, PLLC — 4560 South Decatur Boulevard, Suite 300, Las Vegas, Nevada 89103 — Tele: (702) 366-1888 • Fax (702) 366-1940

Valerie Soto vs. Infinity Hospice Care, LLC, et. al.,
United States District Court for the District of Nevada
*Stipulation To Extend Plaintiff's Time To Respond To Dispositive Motion*
PPL #201934-15-05