**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants*
*Infinity Hospice Care, LLC,*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual, | Case Number: 2:22-cv-00632-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND HEARING DATE (FIRST REQUEST)** |
| INFINITY HOSPICE CARE, LLC; AN ARIZONA LIMITED LIABILITY COMPANY, NEVADA HOSPICE AND PALLIATIVE CARE, INC.; A NEVADA CORPORATION, INFINITY HOSPICE CARE OF LAS VEGAS, LLC, A NEVADA LIMITED LIABILITY COMPANY, INFINITY HOSPICE CARE OF RENO, LLC; A NEVADA LIMITED LIABILITY COMPANY, SWEET HOME BELMONT, LLC; A NEVADA LIMITED LIABILITY COMPANY, DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | |
| Defendants. | |

Defendants INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and

1  INFINITY HOSPICE CARE OF RENO, LLC (collectively, "Infinity Defendants"), Defendant
2  SWEET HOME BELMONT, LLC, and Plaintiff VALERIE SOTO ("Plaintiff") by their
3  respective undersigned counsel, pursuant to LR 6-1(c), stipulate to extend the hearing on Infinity
4  Defendants' Motion to Dismiss, or in the alternative Motion for Summary Judgment. [Docket
5  No. 79], and Infinity Defendants' Motion to Seal [Docket No. 90] currently set for June 20,
6  2024, at 10:00 a.m. Counsel for Infinity Defendants has a conflict due to an extensive hearing in
7  another case previously scheduled.

8      Counsel for Defendant Sweet Home Belmont and counsel for Plaintiff have agreed to the
9  extension of the hearing and agreed on the date that will work for all parties.

10      The parties suggest the following alternative date if it is convenient for the Court: **June
11  28, 2024.**

12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

AK/19930-1

WHEREFORE, the hearing on Infinity Defendants' Motion to Dismiss, or in the alternative Motion for Summary Judgment, and Motion to Seal, currently scheduled for June 20, 2024 at 10:00 a.m., is extended until _____July 1_____, 2024 at __10:00__ a .m.

DATED this 29th day of May, 2024.

RESPECTFULLY SUBMITTED:

HALL & EVANS, LLC

/s/ Adam R. Knecht
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants
Infinity Hospice Care, LLC,
Nevada Hospice and Palliative Care, Inc.,
Infinity Hospice Care of Las Vegas, LLC,
and Infinity Hospice Care of Reno, LLC*

DATED this 29th day of May, 2024.

PAUL PADDA LAW, PLLC

/s/  Paul  S.  Padda
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
*Attorneys for Plaintiff*
psp@paulpaddalaw.com
civil@paulpaddalaw.com
daisy@paulpaddalaw.com

LEWIS BRISBOIS BISGAARD & SMITH

/s/Ethan Featherstone

S. BRENT VOGEL, ESQ.
Nevada Bar No. 6858
ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Sweet Home Belmont, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED __May 30, 2024__

AK/19930-1