**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants*
*Infinity Hospice Care, LLC,*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INFINITY HOSPICE CARE, LLC; AN ARIZONA LIMITED LIABILITY COMPANY, NEVADA HOSPICE AND PALLIATIVE CARE, INC.; A NEVADA CORPORATION, INFINITY HOSPICE CARE OF LAS VEGAS, LLC, A NEVADA LIMITED LIABILITY COMPANY, INFINITY HOSPICE   CARE OF RENO, LLC; A NEVADA LIMITED LIABILITY COMPANY, SWEET HOME BELMONT, LLC; A NEVADA LIMITED LIABILITY COMPANY, DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X,<br><br>Defendants. | Case Number: 2:22-cv-00632-BNW<br><br><br><br>**STIPULATION TO EXTEND ALL DISCOVERY DEADLINES**<br><br><br><br>**[THIRD REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rules of Civil Practice LR IA 6-1 and LR 26-3, the parties to this action respectfully request that the Court

1                                                                                              ARK-19930-1

1  approve this Stipulation to extend the current discovery deadlines by 90-days. Counsel for the
2  respective parties communicated regarding this matter and agree that the requested extension is
3  necessary and supported by good cause/excusable neglect. This is the parties' third request for an
4  extension of the discovery deadlines.

5        As the Court is aware, this case generated significant motions practice prior to Plaintiff
6  filing a First Amended Complaint. Since Plaintiff's filing of her First Amended Complaint,
7  Infinity Defendants filed another dispositive motion (ECF No. 79) and Defendant Sweet Home
8  Belmont recently filed an Answer (ECF No. 76) setting forth various affirmative defenses.

9        On June 29, 2024, this Court issued a minute order denying Infinity Defendants' Motion
10 without prejudice for the parties to meet and confer regarding the way, if any, in which
11 Limprasert impacts the viability of the pending claim. The Court explained that on June 27,
12 2024, the Nevada Supreme Court decided Limprasert v. PAM Specialty Hosp. of Las Vegas
13 LLC, 140 Nev. Adv. Op. 45 (2024), which significantly impacted the issues before the Court.
14 The Court scheduled a hearing for Monday, July 1, 2024. But Limprasert (1) rendered irrelevant
15 many of the arguments the parties briefed, and (2) broadened the range of arguments.

16       Furthermore, settlement discussions have taken place between the parties that might lead
17 to a resolution in this matter.

18       Given the upcoming expert disclosure deadline, the parties agree that additional time is
19 needed for settlement discussions and/or to provide the parties' respective experts sufficient
20 additional information to formulate opinions. To that end, the parties also need to complete
21 written discovery and coordinate the depositions of various fact/expert witnesses.

22       In communicating regarding this proposed extension of the discovery deadlines, counsel
23 for the parties consulted their respective schedules and agree that a 90-day extension of the
24 current discovery deadlines is appropriate to permit the completion of discovery in this case
25 while, at the same time, balancing their competing work schedules.

26       As evidenced above, the parties are actively working on this file and this request is not
27 based on any dilatory actions of either party.

28       In light of the foregoing, the parties propose the following discovery schedule be

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

approved by the Court:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cut-Off | October 3, 2024 (Thursday) | January 02, 2025 (Thursday) |
| Amending Pleadings and Adding Parties | August 5, 2024 (Monday) | November 04, 2024 (Monday) |
| Initial Expert Disclosures | August 5, 2024 (Monday) | November 04, 2024 (Monday) |
| Rebuttal Expert Disclosures | September 3, 2024 (Tuesday) | December 02, 2024 (Monday) |
| Dispositive Motions | November 3, 2024 (Monday) | February 03, 2025 (Monday) |
| Pre-Trial Order[1] | December 2, 2024 (Monday) | March 03, 2025 (Monday) |

Despite best efforts, the parties have not been able to complete the discovery that is necessary and needed at this juncture. However, the parties believe that, should the Court approve this Stipulation for an extension of discovery deadlines, the additional time requested herein will be sufficient to resolve this case and/or allow the parties to complete discovery.

DATED this _15___ day of July 2024.

Respectfully submitted,

/s/ Adam R. Knecht
_____
Adam R. Knecht, Esq.
Yuliya Brady, Esq.
HALL & EVANS, LLC
*for Defendants Infinity Hospice Care, LLC*
*Nevada Hospice and Palliative Care, Inc.*
*Infinity Hospice Care of Las Vegas, LLC*
*Infinity Hospice Care of Reno, LLC*

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
*Counsel for Plaintiff Counsel*

/s/ Ethan M. Featherstone
_____
Ethan M. Featherstone, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
*Counsel for Defendant Sweet Home Belmont, LLC*

---

[1] If a dispositive motion is filed, the deadline for filing the joint pretrial order will be suspended until 30-days after the decision on the dispositive motions or further Court order. See LR 26-1(b)(5).

**IT IS SO ORDERED:**

The parties' request to extend discovery deadlines, as set forth in their Stipulation filed July 15, 2024, is hereby approved.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 16, 2024