**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants*
*Infinity Hospice Care, LLC,*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual, | Case Number: 2:22-cv-00632-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO FORGO APPEAL AND ATTORNEY'S FEES** |
| INFINITY HOSPICE CARE, LLC; AN ARIZONA LIMITED LIABILITY COMPANY, NEVADA HOSPICE AND PALLIATIVE CARE, INC.; A NEVADA CORPORATION, INFINITY HOSPICE CARE OF LAS VEGAS, LLC, A NEVADA LIMITED LIABILITY COMPANY, INFINITY HOSPICE    CARE OF RENO, LLC; A NEVADA LIMITED LIABILITY COMPANY, SWEET HOME BELMONT, LLC; A NEVADA LIMITED LIABILITY COMPANY, DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | |
| Defendants. | |

*HALL & EVANS, LLC*
*1160 North Town Center Drive*
*Suite 330*
*Las Vegas, Nevada 89144*
*(702) 998-1022*

/ / /

/ / /

ARK–19930-1

**STIPULATION AND ORDER TO FORGO APPEAL AND ATTORNEY'S FEES**

IT IS HEREBY STIPULATED BY AND BETWEEN Defendants INFINITY HOSPICE CARE, LLC; NEVADA HOSPICE AND PALLIATIVE CARE, INC.; INFINITY HOSPICE CARE OF LAS VEGAS, LLC; and INFINITY HOSPICE CARE OF RENO, LLC (collectively, "Infinity Defendants"), by and through their attorney of record, HALL & EVANS, LLC, and Plaintiff VALERIE SOTO  by and through their attorney of record,  PAUL PADDA LAW, PLLC as follows:

1.      Plaintiff VALERIE SOTO waives and relinquishes all rights to challenge or appeal this Court's Order (ECF No.108), entered on December 31, 2024, granting Infinity Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 99).

2.      Plaintiff VALERIE SOTO waives and relinquishes all rights to challenge or appeal Judgment, entered on December 31, 2024, in favor of Infinity Defendants by this Court (ECF No.109).

3.      Infinity Defendants hereby withdraw their Bill of Costs (ECF No.112) and their Motion for Attorneys' Fees (ECF No.111), filed on January 14, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

ARK-19930-1

1      4.      Plaintiff VALERIE SOTO and Infinity Defendants further stipulate and agree that

2  this matter should be dismissed with prejudice, as it pertains to Infinity Defendants only, with

3  each party to bear its own fees and costs. The dismissal of the Infinity Defendants does not

4  impact Plaintiff's causes of action against SWEET HOME BELMONT, LLC, who shall remain

5  a Defendant in this lawsuit.

6        **IT IS SO STIPULATED.**

7  DATED this 27th day of January 2025.        DATED this 27th day of January 2025.

8

9  PAUL PADDA LAW, PLLC          HALL & EVANS, LLC

10 **/s/ Eric R. Larsen**             **/s/ Adam R. Knecht**

    PAUL PADDA LAW, PLLC         ADAM R. KNECHT, ESQ.

11 Nevada Bar No. 10417           Nevada Bar No.  13166

    ERIC R. LARSEN, ESQ.          YULIYA BRADY, ESQ.

12 Nevada Bar No. 9423            Nevada Bar No. 14699

13 4560 South Decatur Blvd.        1160 North Town Center Drive

    Suite 300                  Suite 330

14 Las Vegas, Nevada 89103       Las Vegas, Nevada 89144

    (702) 366-1888             (702) 998-1022

15 psp@paulpaddalaw.com         knechta@hallevans.com

16 ELarsen@paulpaddalaw.com      bradyy@hallevans.com

    civil@paulpaddalaw.com        nvefile@hallevans.com

17 *Attorneys for Plaintiff*          *Attorneys for Defendants*

18                              *Infinity Hospice Care, LLC,*

                             *Nevada Hospice and Palliative Care, Inc.,*

19                              *Infinity Hospice Care of Las Vegas, LLC,*

                             *and Infinity Hospice Care of Reno, LLC*

20

21

22

23

24

25

26

27

28

          ARK-19930-1

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

**ORDER**

Upon Stipulation by Plaintiff and Infinity Defendants and good cause appearing therefore,

**IT IS HEREBY SO ORDERED** that Plaintiff VALERIE SOTO waives and relinquishes all rights to challenge or appeal Court's Order (ECF No.108), entered on December 31, 2024, granting Infinity Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 99).

**IT IS HEREBY FURTHER ORDERED** that Plaintiff VALERIE SOTO waives and relinquishes all rights to challenge or appeal Judgment, entered on December 31, 2024, in favor of Infinity Defendants by this Court (ECF No.109).

**IT IS HEREBY FURTHER ORDERED** that Infinity Defendants withdraw their Bill of Costs (ECF No.112) and their Motion for Attorneys' Fees (ECF No.111), filed on January 14, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

ARK-19930-1

**IT IS HEREBY FURTHER ORDERED** that this matter as it pertains to Infinity Defendants only is hereby dismissed with prejudice, with each party to bear its own fees and costs. The dismissal of the Infinity Defendants does not impact Plaintiff's causes of action against SWEET HOME BELMONT, LLC, who shall remain a Defendant in this lawsuit.

**IT IS SO ORDERED.**

DATED this ___28th___ day of ___January___ 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

HALL & EVANS, LLC

*/s/ Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants*
*Infinity Hospice Care, LLC,*
*Nevada Hospice and Palliative Care, Inc.,*
*Infinity Hospice Care of Las Vegas, LLC,*
*and Infinity Hospice Care of Reno, LLC*

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

ARK-19930-1