S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
PRANAVA B. MOODY
Nevada Bar No. 16590
Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Sweet Home Belmont, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual,,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SWEET HOME BELMONT, LLC; a Nevada limited liability company, DOES 1-X; ROE CORPORATIONS AND/OR ENTITIES I-X,<br><br>　　　　Defendant. | Case No. 2:22-cv-0632-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR IN THE ALTERNATIVE FOR A REBUTTABLE PRESUMPTION / ADVERSE INFERENCE AS A SANCTION ECF No. 121**<br>**(FIRST REQUEST)** |

　　　　Defendant Sweet Home Belmont, LLC and Plaintiff Valerie Soto stipulate and agree to extend Defendant's deadline to file a Response to Plaintiff's Pending Motion to Strike Defendant's Answer or in the Alternative for a Rebuttal Presumption / Adverse Inference as a Sanction, (ECF No. 121, filed on November 4, 2025), from November 18, 2025, to November 25, 2025. Plaintiff's motion has not been set for a hearing date as of yet.

　　　　This Stipulation arises under local Rule IA 6-1 and is supported by good cause. Defense counsel has been in a trial from November 12-14, 2025, and prepping for trial for the week and a half prior. This is the first stipulation to extend the deadline to file the Response. Counsel have conferred and agree to the extension to provide Defendant time

167108083.1

to fully address the arguments in Plaintiff's Motion. This stipulated extension to respond is not being made for the purpose of undue delay or dilatory motive in this matter. To appropriately address Plaintiff's Motion, the parties stipulate and agree to a 7-day extension of the deadline.

DATED this 18th day of November, 2025

| LEWIS BRISBOIS BISGAARD & SMITH LLP | PAUL PADDA LAW, PLLC |
|---|---|
| /s/ *Pranava B. Moody* <br> S. BRENT VOGEL, ESQ. <br> PRANAVA B. MOODY, ESQ. <br> *Attorneys for Sweet Home Belmont, LLC* | /s/ *Eric R. Larsen* <br> PAUL S. PADDA, ESQ. <br> ERIC R. LARSEN, ESQ. <br> *Attorneys for Valerie Soto* |

**IT IS SO ORDERED.**

DATED this 19 day of November, 2025

_____
UNITED STATES MAGISTRATE JUDGE

167108083.1

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 18th day of November 2025, I did cause a true copy of the foregoing **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR IN THE ALTERNATIVE FOR A REBUTTABLE PRESUMPTION / ADVERSE INFERENCE AS A SANCTION ECF No. 121 (FIRST REQUEST)** to be served via the Court's electronic filing and service system to all parties on the current service list.

PAUL S. PADDA, ESQ.
psp@paulpaddalaw.com
ERIC R. LARSEN, ESQ.
elarsen@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
Attorney for Plaintiff

By   /s/ *Gaylene Kim-Mistrille*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP