S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
PRANAVA B. MOODY
Nevada Bar No. 16590
Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Sweet Home Belmont, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual,, <br><br> Plaintiff, <br><br> vs. <br><br> SWEET HOME BELMONT, LLC; a Nevada limited liability company, DOES 1-X; ROE CORPORATIONS AND/OR ENTITIES I-X, <br><br> Defendant. | Case No. 2:22-cv-0632-BNW <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)** |

Defendant Sweet Home Belmont, LLC and Plaintiff Valerie Soto stipulate and agree to extend Defendant's deadline to file a Response to Plaintiff's Pending Motion to Strike Defendant's Untimely Motion for Summary Judgment (ECF No. 126), filed on November 21, 2025), from Friday, December 5, 2025, to Tuesday, December 9, 2025, with the deadline for Plaintiff's Reply extended until Tuesday, December 16, 2025.

Plaintiff's motion has been set for hearing on Monday, December 22, 2025, per ECF No. 129. The parties do not seek an extension at this time of this Court's deadline of Monday, December 8, 2025 (also per ECF No. 129) to advise the Court whether or not Plaintiff seeks an evidentiary hearing with respect to ECF No. 121.

168076015.1

This Stipulation arises under local Rule IA 6-1 and is supported by good cause: Plaintiff and Defendant are negotiating a potential recommencement of settlement proceedings. This stipulated extension to respond is not being made for the purpose of undue delay or dilatory motive in this matter.

Dated this 4th day of December, 2025.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | PAUL PADDA LAW, PLLC |
|---|---|
| /s/ *Pranava B. Moody* | /s/ *Eric R. Larsen* |
| S. BRENT VOGEL, ESQ.<br>PRANAVA B. MOODY, ESQ.<br>*Attorneys for Sweet Home Belmont, LLC* | PAUL S. PADDA, ESQ.<br>ERIC R. LARSEN, ESQ.<br>*Attorneys for Valerie Soto* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2025

168076015.1                                    2

**CERTIFICATE OF SERVICE**

I certify that that on 4th day of December, 2025, I electronically filed the foregoing **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)** via this court's electronic filing system. Parties who are registered with this court's electronic filing system will be served electronically.

PAUL S. PADDA, ESQ.
psp@paulpaddalaw.com
ERIC LARSEN, ESQ,
elarsen@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
*Attorney for Plaintiff*

By  /s/ Gaylene Kim-Mistrille
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP