S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
PRANAVA B. MOODY
Nevada Bar No. 16590
Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Sweet Home Belmont, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE SOTO, an individual, | Case No. 2:22-cv-00632-BNW |
| Plaintiff, | |
| vs. | |
| INFINITY HOSPICE CARE, LLC, an Arizona limited liability company; NEVADA HOSPICE AND PALLIATIVE CARE, INC., a Nevada corporation; INFINITY HOSPICE CARE OF LAS VEGAS, LLC, a Nevada limited liability company; INFINITY HOSPICE CARE OF RENO, LLC, a Nevada limited liability company; SWEET HOME BELMONT, LLC, a Nevada limited liability company; DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | **MOTION TO REMOVE ATTORNEYS ETHAN M. FEATHERSTONE AND SHANNON KALLIN FROM SERVICE LIST** |
| Defendants. | |

Notice that Defendant Sweet Home Belmont, LLC, by and through its counsel of record S. Brent Vogel and Pranava B. Moody, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully request that Ethan M. Featherstone and Shannon Kallin be removed

//
//
//
//

168305407.1

from the CM/ECF service list for the above-captioned case as they are no longer with Lewis Brisbois Bisgaard & Smith LLP. .

Dated this 9th day of December, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *Pranava B. Moody*
S. BRENT VOGEL
Nevada Bar No. 6858
PRANAVA B. MOODY
Nevada Bar No. 16590
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Sweet Home Belmont, LLC*

**IT IS SO ORDERED**

**DATED:** 11:26 am, December 10, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

168305407.1                    2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 9th day of December 2025, I did cause a true copy of the foregoing **MOTION TO REMOVE ATTORNEYS ETHAN M. FEATHERSTONE AND SHANNON KALLIN FROM SERVICE LIST** to be served via the Court's electronic filing and service system to all parties on the current service list.

PAUL S. PADDA, ESQ.
psp@paulpaddalaw.com
ERIC LARSEN, ESQ.
elarsen@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
Attorneys for Plaintiff

By   /s/ Gaylene Kim-Mistrille
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

168305407.1

3