PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
ERIC R. LARSEN, ESQ.
Nevada Bar No. 9423
Email: elarsen@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Attorneys for Plaintiff,
VALERIE SOTO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| VALERIE SOTO, an individual, | Case No. 2:22-cv-0632-BNW |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE THE EVIDENTIARY HEARING ON PLAINTIFF'S MOTION TO STRIKE (ECF 121)** |
| vs. | **(First Request)** |
| SWEET HOME BELMONT, LLC, a Nevada limited liability company, DOES I-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff, VALERIE SOTO, and Defendant, SWEET HOME BELMONT, LLC, by and through their attorneys of record, hereby agree to continue the evidentiary hearing set for December 22, 2025 at 1:00 p.m. on Plaintiff's Motion to Strike Defendant's Answer or in the Alternative for a Rebuttable Presumption / Adverse Inference as a Sanction for Spoliation of Evidence (ECF 121) (the "Evidentiary Hearing"). This is the first stipulation to continue the Evidentiary Hearing.

Good cause exists to continue the Evidentiary Hearing because none of the witnesses who may be called to testify can be available on December 22, 2025.

///

///

///

1

Valerie Soto vs. Sweet Home Belmont, LLC
*Stipulation and Order to Continue the Evidentiary Hearing on Plaintiff's Motion to Strike (ECF 121)*

The Parties also stipulate that the Evidentiary Hearing will be reset at the hearing on Plaintiff's Motion to Strike Defendant's Untimely Motion for Summary Judgment (ECF 126) set for December 22, 2025 at 1:00 p.m., with respect to which the Parties are prepared to move forward.

This stipulation for a continuance is not being made for the purpose of undue delay or dilatory motive in this matter.

Dated this 19th day of December, 2025.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | PAUL PADDA LAW |
|---|---|
| /s/ Jodi Donetta Lowry | /s/ Eric R. Larsen |
| Jodi Donetta Lowry, Esq. | Eric R. Larsen, Esq. |
| NV Bar No.: 7798 | NV Bar No.: 9423 |
| 6385 South Rainbow Blvd. Suite 600 | 4560 South Decatur Blvd., Suite 300 |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89103 |
| Tele: (702) 693-4366 | Tele: (702) 366-1888 |
| Attorneys for Defendant, | Attorneys for Plaintiff, |
| SWEET HOME BELMONT, LLC | VALERIE SOTO |

## ORDER

The parties' above stipulation is GRANTED. The hearing on Plaintiff's motion to strike the motion for summary judgment (ECF No. 126) will continue as scheduled on December 22, 2025, at 1:00 P.M. However, the evidentiary hearing on Plaintiff's motion to strike Defendants' answer (ECF No. 121) will be continued to a date agreed upon by the Court and parties at the December 22, 2025, hearing. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 19, 2025

2

Valerie Soto vs. Sweet Home Belmont, LLC
*Stipulation and Order to Continue the Evidentiary Hearing on Plaintiff's Motion to Strike (ECF 121)*