S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JODI DONETTA LOWRY
Nevada Bar No. 7798
Jodi.Lowry@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Sweet Home Belmont, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO; an individual,,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SWEET HOME BELMONT, LLC; a Nevada limited liability company, DOES 1-X; ROE CORPORATIONS AND/OR ENTITIES I-X,<br><br>　　　　Defendant. | Case No. 2:22-cv-0632-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S UNTIMELY MOTION FOR SUMMARY JUDGMENT (ECF No. 137)**<br><br>**(First Request)** |

　　　　Defendant Sweet Home Belmont, LLC and Plaintiff Valerie Soto stipulate and agree to extend Defendant's deadline to file a Reply to Plaintiff's Response in Opposition to Defendant's Untimely Motion for Summary Judgment (ECF No. 137, filed on December 11, 2025) from Friday, December 26, 2025, to Tuesday, December 30, 2025. This Court has denied Plaintiff's Motion to Strike Defendant's Untimely Motion for Summary Judgment (ECF No. 126)  and indicated that this Court "will consider the Motion for Summary Judgement in due course." ECF No. 145.

　　　　This Stipulation arises under local Rule IA 6-1 and is supported by good cause: When Plaintiff filed ECF No. 137 on December 11, 2025, the CM/ECF system automatically

169014235.1

set the due date for Defendant's Reply thereto as December 26, 2025, when Defendant's counsel's office will be closed. Counsel have agreed that no prejudice will result at this time during the holiday season by allowing Defendant to file Defendant's Reply on Tuesday, December 30, 2025. This stipulated extension to respond is not being made for the purpose of undue delay or dilatory motive in this matter.

Dated this 23rd day of December, 2025.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | PAUL PADDA LAW, PLLC |
|---|---|
| /s/ *J.D. Lowry* <br> S. BRENT VOGEL, ESQ. <br> JODI DONETTA LOWRY, ESQ. | /s/ *Eric R. Larsen* <br> PAUL S. PADDA, ESQ. <br> ERIC R. LARSEN, ESQ. |
| *Attorneys for Sweet Home Belmont, LLC* | *Attorneys for Valerie Soto* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2025

169014235.1                                        2

# CERTIFICATE OF SERVICE

I certify that on this 25th day of December, 2025, I electronically filed the foregoing **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S UNTIMELY MOTION FOR SUMMARY JUDGMENT** via this court's electronic filing system. Parties who are registered with this court's electronic filing system will be served electronically.

PAUL S. PADDA, ESQ.
psp@paulpaddalaw.com
ERIC LARSEN, ESQ,
elarsen@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
*Attorney for Plaintiff*

By  /s/ J.D. Lowry.
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP