UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

```
FILED _____        _____ RECEIVED
ENTERED _____      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              APR 15 2026

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY: _____ DEPUTY
```

VALERIE SOTO,                          )
                                       )
Plaintiff,                             )         Case No.: 2:22-cv-632-BNW
                                       )
vs.                                    )         **ORDER**
                                       )
SWEET HOME BELMONT, LLC,               )
                                       )
Defendant.                             )

**PRESENT:** THE HONORABLE BRENDA WEKSLER, U.S. Magistrate Judge

**DEPUTY CLERK:** E. Garcia     **COURT REPORTER:** Judy Moore

**COUNSEL FOR PLAINTIFF(S):** Eric Larsen and Ravi Chanderraj

**COUNSEL FOR DEFENDANT(S):** Jodi Lowry

**MINUTE ORDER IN CHAMBERS:**

On March 24, 2026, Magistrate Judge Brenda Weksler conducted an evidentiary hearing.

**IT IS HEREBY ORDRED** that a transcript of the proceedings on March 24, 2026, be prepared for the Court within one (1) week.

DATED this 15th day of April 2026.

BRENDA WEKSLER
United States Magistrate Judge