BRAD J. SHIPLEY
Nevada Bar No. 12639
Brad.Shipley@lewisbrisbois.com
PRANAVA B. MOODY
Nevada Bar No. 16590
Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
Sweet Home Belmont, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE SOTO; an individual,, | Case No. 2:22-cv-0632-BNW |
| Plaintiff, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| vs. | |
| SWEET HOME BELMONT, LLC; a Nevada limited liability company, DOES 1-X; ROE CORPORATIONS AND/OR ENTITIES I-X, | |
| Defendant. | |

Notice that Defendant Sweet Home Belmont, LLC, by and through their counsel of record Brad Shipley, Jodi Donetta Lowry, and Pranava Moody, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully requests that S. Brent Vogel be removed from

///

///

///

///

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175822816.1

the CM/ECF service list for the above-captioned case as he is no longer with Lewis Brisbois Bisgaard & Smith LLP.

DATED May 14, 2026          LEWIS BRISBOIS BISGAARD & SMITH LLP


By_____/s/ Pranava Moody_____
   BRAD J. SHIPLEY
   Nevada Bar No. 12639
   PRANAVA B. MOODY
   Nevada Bar No. 16590
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Sweet Home Belmont, LLC*


**IT IS SO ORDERED**

**DATED:** 10:11 am, May 18, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I certify that that on 14th day of May  2026, I electronically filed the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** via this court's electronic filing system. Parties who are registered with this court's electronic filing system will be served electronically.

PAUL S. PADDA, ESQ.
psp@paulpaddalaw.com
ERIC LARSEN, ESQ,
elarsen@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103
(702) 366-1888
*Attorney for Plaintiff*

By      */s/ Gaylene Kim-Mistrille*
       An Employee of
       LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175822816.1                    3